FILED
NOV 16 2015
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Nextgear Capital, Inc., ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. |
| SKYLINE RV GROUP LLC, ) | 1:15-cv-1797 TWP -MJD |
| BRANDY M. VRANEY, KIM T. DIFILIPPO, ) | |
| and BRANDON M. DIFILIPPO, ) | |
|     Defendants. ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C § 1446(d), Defendants SKYLINE RV GROUP, LLC, BRANDY M. VRANEY, KIM T. DIFILIPPO, and BRANDON M. DIFILIPPO, through their counsels, ALBERT BROOKS FRIEDMAN, LTD. and LESSMESITER & ASSOCIATES, hereby removes the above-captioned action from the Hamilton County Superior Court, Indiana to the United States District Court for the Southern District of Indiana. In support of this Notice, Defendants state the following:

### BACKGROUND

On October 7, 2015, Plaintiff filed a lawsuit in the Hamilton County Superior Court, One Hamilton County Square, Noblesville, IN 46060, captioned *NEXTGEAR CAPTAL, INC. V. SKYLINE RV GROUP, LLC, BRANDY M. VRANEY, KIM TI. DIFILIPPO and BRANDON M. DIFILIPPO.*

This Notice of Removal is timely filed within thirty days of Defendants' receipt of Plaintiff's Complaint on October 24, 2015. See U.S.C. § 1446(b).

### THIS COURT HAS ORIGINAL JURISDICTION BECAUSE COMPLETE DIVERSITY EXISTS AND THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00

Removal is proper because this Court has original jurisdiction over this action based on diversity of citizenship pursuant to 28 U.S.C § 1332.

There is complete diversity of citizenship between Plaintiff and Defendants.

The Defendants are residents of the State of Illinois, Northern District.

Plaintiff is a Delaware corporation with its principal place of business at 1320 City Center Drive, Suite 100, Carmel, Indiana 46032.

This action also satisfies the amount in controversy requirement of 28 U.S.C § 1332(a) by the "facially apparent" standard recognized by this Court inasmuch as Plaintiff seeks $204,852.20 as damages. In removal cases, when a complaint does not allege a specific amount of damages, the removing party bears the burden of proving, by a preponderance of evidence, that the amount in controversy exceeds the jurisdictional amount. *Oshana v. Coca-Cola Co.*, 472 F.3d 506, 511 (7th Cir. 2006); *Brill v. Countrywide Home Loans, Inc.*, 427 F.3d 446, 447 (7th Cir. 2005). This burden may be satisfied if the district court, upon examining the complaint, finds it apparent that it is more likely than not that the claims exceed the jurisdictional amount. *McCoy v. GMC*, 226 F. Supp. 2d 939, 941-942 (N.D. Ill. 2002) (holding the complaint obviously described damages exceeding amount in controversy threshold, but denying removal on other grounds).

### ADDITIONAL REQUIREMENTS FOR REMOVAL

Venue is proper in this Court because the action is being removed from the Hamilton County Superior Court to the Southern District of Indiana. *See* 28 U.S.C. § 1441(a) and 1446(a).

Pursuant to 28 U.S.C § 1446(d), Defendants will promptly file with the Hamilton County Superior Court and serve on all parties a true and correct copy of this Notice of Removal.

A completed Civil Cover Sheet is attached as Exhibit 1.

By filing this Notice of Removal, Defendants do not waive any jurisdictional objection or other defense that is or may be available to them.

### CONCLUSION

Removal of this case is proper because the amount in controversy requirement has been met and there is complete diversity of citizenship.

WHEREFORE, Defendants respectfully removes this action pending in the Hamilton County Superior Court to the United States District Court for the Southern District of Indiana.

Respectfully submitted,

By: *[signature]*
ALBERT BROOKS FRIEDMAN
161 North Clark Street, Suite 2575
Chicago, Illinois 60601
312-782-0282
312-704-4496—Fax
ARDC Number: 0881562

James J. Lessmeister
Lessmeister & Associates
105 W. Adams Street, Suite 2020
Chicago, Illinois 60603
312-351-4620