Albert Brooks Friedman, Ltd.
161 North Clark Street, Suite 2575
Chicago, Illinois 60601

RECEIVED
NOV 16 2015
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

RECEIVED
NOV 16 2015
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA



UNITED STATES POSTAL SERVICE.   Retail

P   US POSTAGE PAID
$6.70

Origin: 60601
Destination: 46204
2 Lb 11.00 Oz
Nov 13, 15
1615880012-18                    1004

PRIORITY MAIL ®2-Day

Expected Delivery Day: 11/16/2015   C047



U.S. District Court Clerk's Office
46 E. Ohio Street, Room 105
Indianapolis, IN 46204

USPS TRACKING NUMBER



9505 5102 5808 5317 1641 59