IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

Nextgear Capital, Inc., )
    Plaintiff, )
     )
v. )
     ) No. 1:15-cv-1797 TWP -MJD
SKYLINE RV GROUP LLC, BRANDY M. VRANEY, )
KIM T. DIFILIPPO and BRANDON M. DIFILIPPO, )
    Defendants. )

FILED
NOV 16 2015
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

## NOTICE OF REMOVAL TO FEDERAL COURT

To:    Christopher M. Trapp    Hamilton County Court
        Michael G. Gibson    Hamilton County Superior Court
        1320 City Center Drive, Suite 100    One Hamilton County Square, Suite 106
        Carmel, IN 46032    Noblesville, IN 46060

        Tammy Baitz, Clerk
        Hamilton County Superior Court
        One Hamilton County Square, Suite 106
        Noblesville, IN 46060

    Pursuant to 28 U.S.C § 1446(d), Defendants SKYLINE RV GROUP, LLC, BRANDY M. VRANEY, KIM T. DIFILIPPO, and BRANDON M. DIFILIPPO, file herewith a copy of the Notice of Removal filed in United States District Court for the Southern District of Indiana on November 13, 2015.

ALBERT BROOKS FRIEDMAN, LTD.

*/s/ Albert Brooks Friedman*

Albert Brooks Friedman
161 North Clark Street, Suite 2575
Chicago, Illinois 60601
312-782-0282
312-704-4496—Fax
ARDC Number: 0881562

James J. Lessmeister
LESSMEISTER & ASSOCIATES
105 W. Adams Street, Suite 2020
Chicago, Illinois 60603
312-351-4620