IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2015 NOV 23  PM 2: 36

SOUTHERN DISTRICT
OF INDIANA
CLERK

| | | |
|---|---|---|
| Nextgear Capital, Inc., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  1: 15 -CV - 1797, TWP - MJD |
| | ) | |
| SKYLINE RV GROUP LLC, | ) | |
| BRANDY M. VRANEY, KIM T. DIFILIPPO, | ) | |
| and BRANDON M. DIFILIPPO, | ) | |
| Defendants. | ) | |

## MOTION TO APPEAR PRO HAC VICE

NOW COMES, ALBERT BROOKS FRIEDMAN, LTD., and moves for admission *pro hac vice* to the bar of the United States District Court for the Southern District of Indiana pursuant to Local Rule 83-6—*Pro Hac Vice* Admission.

ALBERT BROOKS FRIEDMAN is a member of the trial bar of the United States District Court for the Northern & Central Districts of Illinois, and has tried cases in the United States District Court for the Southern District of Mississippi and of the Seventh Circuit.  There are no pending disciplinary proceedings against him in any state or federal court.

ALBERT BROOKS FRIEDMAN was admitted to the bar in 1964.  He is a member of the Illinois Trial Lawyers Association and The Association of Trial Lawyers of America.

Attorney for the Defendants request for admission for the purpose of representing the Defendants, SKYLINE RV GROUP, LLC, BRANDY M. VRANEY, KIM T. DIFILIPO and BRANDON M. DIFILIPPO, in the above litigation matter, *pro hac vice*.

Dated:____11-17-15____

Respectfully submitted,

ALBERT BROOKS FRIEDMAN

Albert Brooks Friedman Ltd.
Attorney for Defendants
161 N. Clark Street, Suite 2575
Chicago, Illinois 60601
(312) 782-0282