LAW OFFICES
**ALBERT BROOKS FRIEDMAN, LTD.**
SUITE 2575
161 NORTH CLARK STREET
CHICAGO, ILLINOIS 60601-3297

(312) 782-0282
FAX (312) 704-4496
abfltd@aol.com

November 20, 2015


U.S. District Court Clerk's Office
46 E. Ohio Street, Room 105
Indianapolis, IN 46204

Dear Clerk:

On November 13, 2015, I filed a Motion to Appear *Pro Hac Vice* for two attorneys along with a check for $30.00. I was then notified by the Clerk's Office that each attorney has to file a Motion to Appear *pro hac vice* and pay the filing fee of $30.00. I am enclosing the revised Motions to Appear *pro hac vice* and additional check for $30.00. If you have any questions, please do not hesitate to contact me.

Very truly yours,

KELLY A. LOPEZ