LAW OFFICES
**ALBERT BROOKS FRIEDMAN, LTD.**
SUITE 2575
161 NORTH CLARK STREET
CHICAGO, ILLINOIS 60601-3297

S. SUBURBAN
IL 604
20 NOV '15
PM 9 L

NEOPOST
11/20/2015
US POSTAGE $000.48⁵

FIRST-CLASS MAIL



ZIP 60601
041L10253257

RECEIVED
NOV 23 2015
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

U.S. District Court Clerk's Office
46 E. Ohio Street, Room 105
Indianapolis, IN 46204

46204199999