IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Nextgear Capital, Inc., <br>     Plaintiff, <br><br> v. <br><br> SKYLINE RV GROUP LLC, <br> BRANDY M. VRANEY, KIM T. DIFILIPPO, <br> and BRANDON M. DIFILIPPO, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> )  No. 1:15-CV-1747 TWP-MJD <br> ) <br> ) <br> ) <br> ) |

## MOTION TO APPEAR PRO HAC VICE

NOW COMES, LESSMEISTER & ASSOCIATES, and moves for admission *pro hac vice* to the bar of the United States District Court for the Southern District of Indiana pursuant to Local Rule 83-6—*Pro Hac Vice* Admission.

JAMES J. LESSMEISTER is a member of the trial bar of the United States District Court for the Northern District of Illinois and the Seventh Circuit. There are no pending disciplinary proceedings against him in any state or federal court. JAMES J. LESSMEISTER was admitted to the bar in Arkansas in 1994 and also admitted in Illinois in 2002.

Attorneys for the Defendants request for admission for the purpose of representing the Defendants, SKYLINE RV GROUP, LLC, BRANDY M. VRANEY, KIM T. DIFILIPO and BRANDON M. DIFILIPPO, in the above litigation matter, *pro hac vice*.

Dated: 11/20/15

Respectfully submitted,

JAMES J. LESSMEISTER

James J. Lessmeister
Lessmeister & Associates
105 W. Adams Street, Suite 2020
Chicago, Illinois 60603
312-351-4620