UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:15-cv-01797-TWP-MJD |
| | ) | |
| SKYLINE RV GROUP LLC, | ) | |
| *et al.* | ) | |
| Defendants. | ) | |

SCHEDULING ORDER
Hon. Magistrate Judge Mark J. Dinsmore

This cause comes before the Court on Counsel for Defendant's Motions to Appear Pro Hac Vice. [Dkts. 7 & 8.] This matter is set for a telephonic hearing on the above-noted motions, on **Monday, December 14, 2015 at 1:00 p.m. (Eastern).** Albert Friedman and James Lessmeister are both ordered to appear telephonically for the hearing and to have before them at that time a copy of the Court's November 23, 2015 order [Dkt. 5]. Counsel for Plaintiff may, but is not required to participate. Counsel shall attend the hearing by calling by calling 1-877-336-1839 Access Code 4951264 Security Code 151797.

Dated: 01 DEC 2015

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Albert Brooks Friedman
161 North Clark Street
Suite 2575
Chicago, IL 60601

James J. Lessmeister
105 W. Adams Street, Suite 2020
Chicago, IL 60603

Christopher M. Trapp
NEXTGEAR CAPITAL, INC.
ctrapp@nextgearcapital.com

Michael G Gibson
NEXTGEAR CAPITAL, INC.
michael.gibson@nextgearcapital.com