IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2015 DEC -7 PM 3: 04

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., <br>     Plaintiff, | ) <br> ) <br> ) |
| v. | ) <br> )    No. 1:15-cv-01797-TWP-MJD |
| SKYLINE RV GROUP, LLC, <br> BRANDY M. VRANEY, KIM T. DIFILIPPO, <br> and BRANDON M. DIFILIPPO, <br>     Defendants. | ) <br> ) <br> ) <br> ) |

### SUPPLEMENTAL JURISDICTIONAL STATEMENT

NOW COMES the Defendants SKYLINE RV GROUP, LLC, BRANDY M. VRANEY, KIM T. DIFILIPPO, and BRANDON M. DIFILIPPO, through their attorney, ALBERT BROOKS FRIEDMAN and pursuant to the Order entered by this Honorable Court on November 25, 2015 files this Supplemental Jurisdictional Statement and in support thereof states as follow:

1. SKYLINE RV GROUP, LLC was a business whose principals are BRANDY M. VRANEY and BRANDON M. DIFILIPPO.

2. SKYLINE RV GROUP, LLC is a citizen of the State of Illinois by virtue of being an Illinois Limited Liability Corporation, with a physical address of 13624 Cicero Avenue, Crestwood, Cook County, Illinois in the Northern District of Illinois.

3. BRANDY M. VRANEY is a citizen with an address of 7315 Tiffany Drive, Orland Park, Cook County, Illinois, Northern District of Illinois, BRANDON M. DIFILIPPO is citizen with an address of 30780 Sea Sprite Drive, Wilmington, Will County, Illinois, in the Northern District of Illinois and KIM T. DIFILIPPO is a citizen with an address of 26050 Aaron Court,

Channahon, Will County, Illinois, Northern District of Illinois and is sued as a Guarantor of the Notes of SKYLINE GROUP, LLC.

4. BRANDY M. VRANEY and BRANDON M. DIFILIPPO are sued as Guarantors of Notes as would appear in the original complaint filed by NEXTGEAR CAPITAL, INC. in the State Court.

Respectfully submitted,

By: *[signature]*
ALBERT BROOKS FRIEDMAN
161 North Clark Street, Suite 2575
Chicago, Illinois 60601
312-782-0282
312-704-4496—Fax
ARDC Number: 0881562