**LAW OFFICES**
**ALBERT BROOKS FRIEDMAN, LTD.**
SUITE 2575
161 NORTH CLARK STREET
CHICAGO, ILLINOIS 60601-3297

(312) 782-0282
FAX (312) 704-4496
abfltd@aol.com

December 4, 2015

U.S. District Court Clerk's Office
46 E. Ohio Street, Room 105
Indianapolis, IN 46204

Dear Clerk:

    Enclosed are the Original and copies of an Amended Motion to Appear *pro hac vice*, Supplemental Jurisdictional Statement, and an Order. Please return a stamped copy of the enclosed documents and send to our office in the self-addressed stamped envelope which is provided. If you have any questions, please do not hesitate to contact me.

                                         Very truly yours,

                                         ALBERT BROOKS FRIEDMAN

ABF/kal
enclosures

**RECEIVED**
DEC 07 2015
**U.S. CLERK'S OFFICE**
**INDIANAPOLIS, INDIANA**