Lewis Gene Freeman
1509 Pontiac Drive
Kokomo, IN
46902

**CERTIFIED MAIL**

7015 1730 0000 4941 4549




U.S. POSTAGE PAID
KOKOMO, IN
46901
DEC 03, 15
AMOUNT
$4.65
R2305K138716-12

1000   46204

RECEIVED
DEC 07 2015
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

To: Clerk of United States District Court
105 U.S. Federal Court House
46 East Ohio Street
Indianapolis, IN
46204