IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2015 DEC -7  PM 3: 04
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| Nextgear Capital, Inc.,    ) | |
|         Plaintiff,         ) | |
|                            ) | |
| v.                         ) | |
|                            ) | No. 1:15-cv-1797TWP-MJD |
| SKYLINE RV GROUP LLC,      ) | |
| BRANDY M. VRANEY, KIM T. DIFILIPPO, ) | |
| and BRANDON M. DIFILIPPO,  ) | |
|         Defendants.        ) | |

### AMENDED MOTION TO APPEAR PRO HAC VICE

NOW COMES, ALBERT BROOKS FRIEDMAN, and moves for admission p*ro hac vice* to the bar of the United States District Court for the Southern District of Indiana pursuant to Local Rule 83-6—*Pro Hac Vice* Admission and in support thereof states as follows:

ALBERT BROOKS FRIEDMAN is a member of the trial bar of the United States District Court for the Northern & Central Districts of Illinois, and has tried cases in the United States District Court for the Southern District of Mississippi and of the Seventh Circuit Court of Appeals. There are no pending disciplinary proceedings against him in any state or federal court and he has never been disbarred or suspended nor received a reprimand or been subject to other disciplinary action from any Court, Bureau or Commission pertaining to conduct or fitness as a member of the bar.

ALBERT BROOKS FRIEDMAN was admitted to the Illinois bar on April 23, 1964. He is a member of the Illinois Trial Lawyers Association and The Association of Trial Lawyers of America.

ALBERT BROOKS FRIEDMAN requests admission for the purpose of representing the Defendants, SKYLINE RV GROUP, LLC, BRANDY M. VRANEY, KIM T. DIFILIPO and BRANDON M. DIFILIPPO, in the above litigation matter, *pro hac vice*.

Dated: December 15, 2015

Respectfully submitted,

*/s/ Albert Brooks Friedman*
ALBERT BROOKS FRIEDMAN

ALBERT BROOKS FRIEDMAN, ESQ
161 North Clark Street, Suite 2575
Chicago, Illinois 60601
312-782-0282
312-704-4496—Fax
Email: abfltd@aol.com
ARDC Number: 0881562