Albert Brooks Friedman, Ltd.
161 North Clark Street, Suite 2575
Chicago, Illinois 60601

FIRST-CLASS MAIL
12/04/2015
US POSTAGE $001.86⁰
ZIP 60601
041L10253257

U.S. District Court Clerk's Office
46 E. Ohio Street, Room 105
Indianapolis, IN 46204

RECEIVED
DEC 07 2015
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA