IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., <br>     Plaintiff, <br><br> v. <br><br> SKYLINE RV GROUP, LLC, <br> BRANDY M. VRANEY, KIM T. DIFILIPPO, <br> and BRANDON M. DIFILIPPO, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> )  No. 1:15-CV-01797-TWP-MJD <br> ) <br> ) <br> ) <br> ) |

### ORDER

This cause coming to be heard pursuant to ALBERT BROOKS FRIEDMAN's Amended Motion to Appear *pro hac vice* and the requirement of Local Rule 83-6 has been met;

It is hereby ordered that ALBERT BROOKS FRIEDMAN, may appear *pro hac vice* for Defendants herein.

_____
MAGISTRATE JUDGE

ALBERT BROOKS FRIEDMAN
161 North Clark Street, Suite 2575
Chicago, Illinois 60601
312-782-0282
312-704-4496—Fax
Email: abfltd@aol.com
ARDC Number: 0881562

Kelly Lopez states that on December 4, 2015, she sent a copy of this Order, Amended Motion to Appear *pro hac vice*, and Supplemental Jurisdictional Statement to Plaintiff's attorneys Christopher M. Trapp & Michael G. Gibson, by first class US Mail, postage prepaid as Defendants were not allowed to serve electronically until allowed to appear herein.

*/s/ Kelly A. Lopez*
KELLY A. LOPEZ