UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 15 cv 01797-TWP-MJD |
| | ) |
| SKYLINE RV GROUP, LLC, | ) |
| Et al. | ) |
| | ) |
| Defendants. | ) |

**MOTION TO RESCHEDULE TELECONFERENCE CALL**

Comes Now, Attorney James J. Lessmeister, counsel for Defendant Skyline RV Group LLC, and moves this Honorable Court to Reschedule the Telephone Conference of December 14, 2015, and in support thereof, respectfully states as follows:

1. This matter was set for a teleconference for 1:00 p.m. Eastern time before the Honorable Magistrate Judge Disnmore.

2. Attorney Lessmeister was mistakenly thinking in Central Savings Time instead of Eastern time and missed the call.

3. On Friday, December 11, 2015 Mr. Lessmeister was admitted into the United States District Court for the Southern District of Indiana. Therefore, Mr. Lessmeister requests that his motion to practice *pro hac vice* be withdrawn and/or declared moot.

4.  Mr. Lessmeister apologizes for the inconvenience to the Court and opposing counsel for missing the teleconference call.

WHEREFORE, Attorney James J. Lessmeister prays that this Honorable Court accept his apology and reschedule the teleconference call at a time convenient to the Honorable Court and opposing counsel.

Respectfully submitted,

s/James J. Lessmeister
James J. Lessmeister
Lessmeister & Associates
105 W. Adams, Suite 2020
Chicago, IL 60603
(312) 929-2630
(312) 351-4620

## **CERTIFICATE OF SERVICE**

I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served with a copy of this Motion via electronic mail to the person(s) listed below on December 14, 2015 at the address listed below.

Christopher M. Trapp
NEXTGEAR CAPITAL, INC.
ctrapp@nextgearcapital.com

Michael G. Gibson
NEXTGEAR CAPITAL, INC.
michael.gibson@nextgearcapital.com

                                                  Respectfully submitted,
                                                  s/James J. Lessmeister
                                                  James J. Lessmeister
                                                  Lessmeister & Associates
                                                  105 W. Adams, Suite 2020
                                                  Chicago, IL 60603
                                                  (312) 929-2630