UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:15-cv-01797-TWP-MJD |
| ) | |
| SKYLINE RV GROUP LLC, ) | |
| *et al.* ) | |
| Defendants. ) | |

**MINUTE ENTRY FOR DECEMBER 14, 2015
HEARING
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

This matter came before the Court for a hearing on Counsel for Defendants' multiple Motions to Appear *Pro Hac Vice*. [Dkts. 7, 8 and 11.] Movant Albert Friedman appeared as ordered. Movant James Lessmeister failed to appear as ordered. Argument was held and the motions were taken under advisement.

Dated: 14 DEC 2015

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Albert Brooks Friedman
161 North Clark Street
Suite 2575
Chicago, IL 60601

all electronically registered counsel