UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:15-cv-01797-TWP-MJD |
| ) | |
| SKYLINE RV GROUP LLC, ) | |
| *et al.* ) | |
| Defendants. ) | |

**ORDER ON MOTION TO RESCHEDULE TELECONFERENCE CALL**

This matter comes before the Court on Defendant's Motion to Reschedule Teleconference Call. [Dkt. 12.] The Court notes that the matter was scheduled for a telephonic **HEARING** on Defendant's motions to appear *pro hac vice*, not a telephone conference as suggested by Defendant. [*See* Dkt. 9.] Defendant's attorney, Mr. Lessmeister, seeks to reschedule the hearing because he failed to appear, despite having been ordered to personally appear by telephone for the hearing. [*Id.*] Mr. Lessmeister explained that he mistakenly believed the telephonic hearing was scheduled at 1:00 p.m. "Central Savings Time" [Dkt. 12 at 1], despite the fact that the Court's scheduling order stated as follows: "This matter is set for a telephonic hearing on the above-noted motions, on **Monday, December 14, 2015 at 1:00 p.m. (Eastern)**." [Dkt. 9 at 1 (emphasis in original).] In addition, Local Rule 5-5(d) requires that any routine or uncontested motion, such as a this motion to reschedule the settlement conference, be accompanied by a proposed order. Mr. Lessmeister's motion was not accompanied by a proposed order. The hearing was held and concluded and the motions have been denied; accordingly, Defendant's request to reschedule the hearing is **DENIED**. Likewise, in light of the denial of Mr.

Lessmeister's motion to appear *pro hac vice* [Dkt. 14], his motion to withdraw that motion [Dkt. 12 at 1] is also **DENIED**.

Dated: 17 DEC 2015

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Albert Brooks Friedman
161 North Clark Street
Suite 2575
Chicago, IL 60601

All Electronically Registered Counsel