AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Southern District of Indiana  [▼]

|  |  |
|---|---|
| Nextgear Capital Inc. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Skyline RV Group LLC | ) |
| *Defendant* | ) |

Case No.   2015 CV 01797

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Skyline RV Group LLC, Brandy M. Vraney, Kim T. Difilippo, and Brandon M. Difilippo                    .

Date:  12/18/15

_____
*Attorney's signature*

James J. Lessmeister, 6276625
*Printed name and bar number*
105 W. Adams, Suite 2020
Chicago, IL 60603

*Address*

jlessmeister@lessmeisterlaw.com
*E-mail address*

(312) 929-2630
*Telephone number*

*FAX number*