UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2015 DEC 21 PM 3:06
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff(s), | ) |
| v. | ) Cause No. 1:15-cv-01797-TWP-MJD |
| SKYLINE RV GROUP, LLC, *et al.* | ) |
| Defendant(s). | ) |

### SECOND AMENDED MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), ALBERT BROOKS FRIEDMAN respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of SKYLINE RV GROUP, LLC et al. in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing in the following United States courts and/or state's highest courts: State of Illinois, admitted on April 23, 1964, United States Circuit Court of Appeals, United States District Court for the Northern District of Illinois, admitted in 1965, United States District Court for the Central District of Illinois, and has tried cases in the United States District Court for the Southern District of Mississippi and is currently appearing *pro hac vice* in the Southern District of New York.

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. A check(check number 14631) in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court on November 13, 2015.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated:

Respectfully submitted,

ALBERT BROOKS FRIEDMAN
161 North Clark Street, Suite 2575
Chicago, Illinois 60601
312-782-0282
312-704-4496
abfltd@aol.com

## CERTIFICATE OF SERVICE

I certify that on this __17th__ day of __December__, 2015 a copy of the foregoing Motion to Appear Pro Hac Vice was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Christopher M. Trapp
Michael G. Gibson
1320 City Center Drive, Suite 100
Carmel, IN 46032

James J. Lessmeister
Lessmeister & Associates
105 W. Adams Street, Suite 2020
Chicago, Illinois 60603

ALBERT BROOKS FRIEDMAN

Albert Brooks Friedman
161 North Clark Street, Suite 2575
Chicago, Illinois 60601
312-782-0282
312-704-4496