LAW OFFICES
**ALBERT BROOKS FRIEDMAN, LTD.**
SUITE 2575
161 NORTH CLARK STREET
CHICAGO, ILLINOIS 60601-3297

NEOPOST
12/17/2015
US POSTAGE $000.70⁵

FIRST-CLASS MAIL

ZIP 60601
041L10253257

U.S. District Court
Clerk's Office, Room 105
46 East Ohio Street
Indianapolis, IN 46204

RECEIVED
DEC 21 2015
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

46204$1999 C047