| | | | |
|---|---|---|---|
| **ALBERT BROOKS FRIEDMAN, LTD** | | | 14631 |
| Clerk, United States District Court | | 11/13/2015 | |
| | Skyline RV Group, LLC pro hac vice | | 30.00 |

ABF-Reg-0500                                                                                                   30.00