UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff(s), | ) ) ) |
| v. | ) Cause No. 1:15-cv-01797-TWP-MJD ) |
| SKYLINE RV GROUP, LLC, *et al.* | ) ) ) |
| Defendant(s). | ) |

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of ALBERT BROOKS FRIEDMAN counsel for SKYLINE RV GROUP, LLC, et al., for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:
**Albert Brooks Friedman**
**Albert Brooks Friedman, Ltd.**
**161 North Clark Street, Suite 2575**
**Chicago, Illinois 60601**
312-782-0282
312-704-4496
abfltd@aol.com


Dated: _____

_____
Mark J. Dinsmore
United States District Court
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail
    **Albert Brooks Friedman**
    **161 North Clark Street, Suite 2575**
    **Chicago, Illinois 60601**