UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | Cause No. 1:15-cv-01797-TWP-MJD |
| ) | |
| SKYLINE RV GROUP, LLC, ) | |
| *et al.* ) | |
| Defendant(s). ) | |

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of ALBERT BROOKS FRIEDMAN counsel for SKYLINE RV GROUP, LLC, et al., for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:
**Albert Brooks Friedman**
**Albert Brooks Friedman, Ltd.**
**161 North Clark Street, Suite 2575**
**Chicago, Illinois 60601**
**312-782-0282**
**312-704-4496**
**abfltd@aol.com**

> If not already registered with the Court's ECF system, Albert Brooks Friedman should so register within fourteen (14) days of the date of this order.

Dated: 31 DEC 2015

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail
   **Albert Brooks Friedman**
   **161 North Clark Street, Suite 2575**
   **Chicago, Illinois 60601**