Case 1:15-cv-01797-MPB-TWP   Document 21   Filed 01/07/16   Page 1 of 1 PageID #: 138

FILED
10:18 am, Jan 07, 2016

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

SCANNED at PENDLETON and Emailed on
1-6-16   by LF - 1 pages.
(date)      (initials)   (num)

I am writting you in regards of this IRT (insight program) and why I am not receiving proper treatment.

I arrived here one Year ago. Dr. Berdine stated that had a behavioral problem when I know that I have some type of mental disorder (rare mental disorder). This program does not provide the right equipment to check me for what I need. My symptoms consist of hearing voices, ringing in ears, pain running thoughout my whole body daily. I have complained about everything that is happing to me to the Doctors, psy, and Therapist. I've also written grievances many of times which none are answered. It has become a problem with me in my symptoms. Im starting to get agitated daily because of the problems with me. Im thinking of doing something that I truly will regret the outcome of because of my problems. All the head therapist say is that the Governor will not fund the money for me to be cured. Being locked in these cells so long is making my condiction worse daily. With no help to figure out my diagnosis I have to endure a painful life in this IRT program. There is no medication that I can receive due do to the fact that my diagnosis is unspecified. The Doctors that is not with the IRT program has tried to prescribe medication but Dr. Buller the regional Director will not let my orders go through. I am in much pain daily and I am not able to address any court about my problems. If there is any way that you can help this program out please do so. Even if I can't get the proper treatment. Being locked In these cells so long Is causing more problems then they ever have.

George Brock 994137
12/16/2015