## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| **NEXTGEAR CAPITAL, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 15 cv 01797-TWP-MJD |
| ) | |
| **SKYLINE RV GROUP, LLC,** ) | |
| Et al. ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

This cause coming to be heard on Defendants, Skyline RV Group LLC, Brandy M. Vraney, Kim T. Difilippo, and Brandon M. Difilippo's Motion to Transfer to the Northern District of Illinois, and the Honorable Court being duly advised in the premises;

IT IS HEREBY ORDRED:

1) Defendants Motion to Transfer to the Northern District of Illinois is hereby granted.

_____, 2016           _____
Dated                                                   Honorable Tanya Walton Pratt

James J. Lessmeister
Lessmeister & Associates
105 W. Adams, Suite 2020
Chicago, IL 60603
Office: 312-929-2630
Cell: 312-351-4620

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system

## **SERVICE LIST**

Service on the following counsel of record and named individuals, will be made by U.S. 1st Class Mail in traditional paper manner.

Distribution List:

Christopher M. Trapp
1320 City Center Dr., Suite 100
Carmel, IN 46032

Michael Gibson
1320 City Center Dr., Suite 100
Carmel, IN 46032

James J. Lessmeister
Lessmeister & Associates
105 W. Adams, Suite 2020
Chicago, IL 60603

Albert Brooks Friedman
161 N. Clark, Suite 2575
Chicago, IL 60601