# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Laura A. Briggs

### Clerk of the Court

*46 East Ohio Street, Room 105*
*Indianapolis, Indiana*
*46204*

*921 Ohio Street*
*Terre Haute, Indiana*
*47807*

*101 Northwest MLK Boulevard*
*Evansville, Indiana*
*47708*

*121 West Spring Street*
*New Albany, Indiana*
*47150*

February 1, 2016

Re: NEXTGEAR CAPITAL, INC. v.
SKYLINE RV GROUP LLC et al
Cause Number:
1:15−cv−01797−TWP−MPB

TO ALL COUNSEL OF RECORD:

Pursuant to Local Rule 40−1, the above matter was reassigned from the docket of Judge Mark J. Dinsmore to the docket of Judge Matthew P. Brookman on February 1, 2016. The cause number above has been changed to reflect the initials of the newly assigned magistrate judge. **Please note that cause number 1:15−cv−01797−TWP−MPB should be used on all future filings.**

All case schedules and deadlines remain unchanged at this time, including hearing, conference or trial dates. In the event that any calendared dates must be vacated and reassigned, the parties will receive notice by separate order.

Sincerely,

Laura A. Briggs, Clerk of Court

By: s/Cindy Urich
Cindy Urich, Deputy Clerk