UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:15-cv-01797-TWP-MPB |
| vs. | ) | |
| | ) | |
| SKYLINE RV GROUP LLC, | ) | |
| BRANDY M. VRANEY, | ) | |
| KIM T. DIFILIPPO, | ) | |
| BRANDON M. DIFILIPPO, | ) | |
| | ) | |
| | ) | |
| Defendants. | | |

## NOTICE AND ORDER

On the court's own motion, due to a conflict on the court's calendar, the **TELEPHONIC STATUS CONFERENCE** currently set for **MONDAY, FEBRUARY 29, 2016** is hereby **RESCHEDULED** for **FRIDAY, MARCH 11, 2016** at 12:00 p.m. Indianapolis time (EST), before the Honorable Matthew P. Brookman, United States Magistrate Judge. **The information needed by counsel to participate in this telephonic conference will be provided by a separate notification.**

**Dated:** February 16, 2016

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**