UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:15-cv-01797-TWP-MPB |
| | ) |
| SKYLINE RV GROUP LLC, | ) |
| BRANDY M. VRANEY, | ) |
| KIM T. DIFILILPPO, and | ) |
| BRANDON M. DIFILIPPO, | ) |
| | ) |
| Defendants. | ) |

### **PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LIST**

Plaintiff NextGear Capital, Inc., by counsel, hereby files its Preliminary Witness and Exhibit list, pursuant to Fed. R. Civ. P. 26(a)(3).

**A. Individuals Expected to Testify**

1. Brandon McWhorter – Account Executive, NextGear Capital. Mr. McWhorter may be contacted c/o Christopher M. Trapp, Litigation Manager, NextGear Capital, Inc., 1320 City Center Drive, Suite 100, Carmel, IN 46032; 317-571-3736.

2. Joseph Rutski – Default Risk Account Manager, NextGear Capital. Mr. Rutski may be contacted c/o Christopher M. Trapp, Litigation Manager, NextGear Capital, Inc., 1320 City Center Drive, Suite 100, Carmel, IN 46032; 317-571-3736.

3. Kristi Miller – Recovery Manager, NextGear Capital. Ms. Miller may be contacted c/o Christopher M. Trapp, Litigation Manager, NextGear Capital, Inc., 1320 City Center Drive, Suite 100, Carmel, IN 46032; 317-571-3736

4. All Defendants

**B. Documents to Support Claims and Defenses.**

1. <u>Receivable Detail Report</u> – Writeoff- a report prepared by Plaintiff showing the amount of the indebtedness, on a per vehicle basis, at the time of writeoff pursuant to Plaintiff's internal procedures;

2. <u>SOT Vehicle Report</u>- a report prepared by Plaintiff showing vehicles that are believed to have been sold to consumers and not paid pursuant to the terms of the Note;

3. <u>Written Off Account Statement</u>- a report prepared by Plaintiff showing the amount of interest accumulated on the Indebtedness subsequent to the time of writeoff;

4. <u>Floored Vehicle History Report</u>- a report prepared by Plaintiff showing all credits and debits, on a per vehicle basis, of all vehicles related to Defendant's account with Plaintiff;

5. <u>Payments Received Report</u>- a report prepared by Plaintiff showing all payments received by Plaintiff from, or on behalf of, Defendant;

6. All documents attached to the complaint, including the Demand Promissory Note and Loan and Security Agreement, and the Individual Personal Guaranties thereof.

NEXTGEAR CAPITAL, INC.
*Plaintiff*

By: <u>/s/ Michael G. Gibson</u>
Christopher M. Trapp (#27367-53)
Michael G. Gibson (#29655-49)
NextGear Capital, Inc.
1320 City Center Drive, Suite 100
Carmel, IN 46032
(317) 571-3736/Fax: (317) 571-3737
chris.trapp@nextgearcapital.com
michael.gibson@nextgearcapital.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent electronically on February 29, 2016. Notice of this filing will be sent to the following through the Court's Electronic Case Filing System.

James J. Lessmeister          jlessmeister@lessmeiseterlaw.com

Albert Brooks Friedman     abfltd@aol.com

                                              /s/ Michael Gibson
                                              Michael G. Gibson

.