UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:15-cv-01797-TWP-MPB |
| | ) |
| SKYLINE RV GROUP LLC, | ) |
| BRANDY M. VRANEY, | ) |
| KIM T. DIFILIPPO, | ) |
| BRANDON M. DIFILIPPO, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MAGISTRATE JUDGE'S ORDER ON
TELEPHONIC STATUS CONFERENCE**

This matter came before the Honorable Matthew P. Brookman, United States Magistrate Judge, by telephone, at 12:00 p.m. (EST), on March 11, 2016, for a conference under Rule 16, Federal Rules of Civil Procedure. Parties were represented by counsel.

Thereafter, the following **ORDER** is entered:

1. A **TELEPHONIC STATUS CONFERENCE** is set for **WEDNESDAY, MAY 11, 2016**, at 3:00 p.m., Indianapolis time (EDT), before the Honorable Matthew P. Brookman, United States Magistrate Judge. **The information needed by counsel to participate in this telephonic conference will be provided by a separate notification.**

This order has been formulated after a conference at which the respective parties have appeared. Any party shall file any corrections or additions within fourteen (14) days

after receipt of this order.

       **SO ORDERED.**

Dated:  March 11, 2016

                                              Matthew P. Brookman
                                              United States Magistrate Judge
                                              Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**