IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

NEXTGEAR CAPITAL, INC.,                   )
      Plaintiff,                          )
                                      )
v.                                        )
                                      )   No. 1:15-cv-01797-TWP-MPB
SKYLINE RV GROUP LLC,                     )
BRANDY M. VRANEY, KIM T. DIFILIPPO,       )
and BRANDON M. DIFILIPPO,                 )
      Defendants.                         )

## DEFENDANT'S PRELIMINARY WITNESS AND EXHIBIT LIST

Defendants, SKYLINE RV GROUP, LLC, BRANDY M. VRANEY, KIM T. DIFILILPPO and BRANDON M. DIFILIPPO by and through their attorney, ALBERT BROOKS FRIEDMAN, hereby files its Preliminary Witness and Exhibit List, pursuant to Fed. R. Civ. P. 26(a)(3).

**A. Individuals Expected to Testify**

1. Robert Cook, Manager of Skyline RV Group, LLC.  Robert Cook may be contacted c/o Albert Brooks Friedman, 161 North Clark Street, Suite 2575, Chicago, Illinois, 60601, 312-782-0282.

2. Brandy M. Vraney—Member of Skyline RV Group, LLC.  Brandy M. Vraney may be contacted c/o Albert Brooks Friedman, 161 North Clark Street, Suite 2575, Chicago, Illinois, 60601, 312-782-0282.

3. Kim T. Difilippo, partial guarantor of Skyline RV Group, LLC.  Kim T. Difilippo may be contacted c/o Albert Brooks Friedman, 161 North Clark Street, Suite 2575, Chicago, Illinois, 60601, 312-782-0282.

4. Brandon M. Difilippo—Member of Skyline RV Group, LLC.  Brandon M. Difilippo may be contacted c/o Albert Brooks Friedman, 161 North Clark Street, Suite 2575, Chicago, Illinois, 60601, 312-782-0282.

5. Joseph White—Notary Public, State of Illinois, employee of Plaintiff and corporate representative who dealt with Defendant's.

6. Theresa Dalton—General Manager of Floorplan Xpress, LLC—OK.  Theresa Dalton's contact information is Floorplan Xpress, LLC—OK, 4300 Higgins Blvd., Suite B330, Oklahoma City, OK 73108

7. Brian Geitner, President of NextGear Capital, Inc., who signed Exhibit A attached to Plaintiff's Complaint on April 25, 2014.

8. Plaintiff's employees who witnessed Defendant's signatures on all documents.

**B. Documents to Support Claims and Defenses**

1. Reserve Agreement signed by Brandy M. Vraney and Brandon D. Difilippo and Theresa Dalton of Floorplan Xpress, LLC-OK (Lender).

2. Revolving Line Credit ("Floorplan") Agreement, Demand Promissory Note Security Agreement and Guaranty Agreement signed by Brandy M. Vraney, and Brandon DiFilippo and Theresa Dalton of Floorplan Xpress, LLC-OK(Lender) on August 28, 2013.

3. Borrowing Authorization Resolution for Limited Liability Company and Certification signed by Brandy M. Vraney and Brandon DiFilippo on August 28, 2013 with Lender, Floorplan Xpress, LLC-OK.

4. Authorization Agreement for Automatic Payments (ACH Credits and Debits) signed by Brandy Vraney on August 28, 2013 with Lender, Floorplan Xpress, LLC-OK.

5. Demand Promissory Note and Loan and Security Agreement which was attached to Plaintiff's Complaint as Exhibit A which was not signed by the Defendant Kim DiFilippo on April 25, 2014.

6. Individual Guaranty which was attached to Plaintiff's Complaint as Exhibit B which was signed by the Defendants on May 14, 2013.

7. Documents attached to Plaintiff's Complaint as Exhibit A and B and original guarantee signed by Kim DiFilippo and subsequent guarantee not signed by Kim DiFilippo raising the amount of his guarantee and purporting to bear his signature.

Respectfully submitted,

s/Albert Brooks Friedman
ALBERT BROOKS FRIEDMAN
161 North Clark Street, Suite 2575
Chicago, Illinois 60601
312-782-0282
ARDC Number:  0881562

JAMES J. LESSMEISTER
Lessmeister & Associates
105 W. Adams St., Suite 2020
Chicago, Illinois 60603
312-351-4620

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served with a copy of Defendant's Preliminary Witness and Exhibit List via electronic mail to the person(s) listed below on March 16, 2016 as the address listed below.

Christopher M. Trapp
1320 City Center Drive, Suite 100
Carmel, Indiana 46032
ctrapp@nextgearcapital.com
chris_m_trapp@hotmail.com

Michael Gibson
1320 City Center Drive, Suite 100
Carmel, Indiana 46032
michael.gibson@nextgearcapital.com
michael_gibson@hotmail.com

Respectfully submitted,

s/Albert Brooks Friedman
ALBERT BROOKS FRIEDMAN
161 North Clark Street, Suite 2575
Chicago, Illinois 60601
312-782-0282
ARDC Number:  0881562

JAMES J. LESSMEISTER
Lessmeister & Associates
105 W. Adams St., Suite 2020
Chicago, Illinois 60603
312-351-4620