**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:15-cv-01797-TWP-MPB |
| | ) | |
| SKYLINE RV GROUP LLC, | ) | |
| BRANDY M. VRANEY, | ) | |
| KIM T. DIFILIPPO, | ) | |
| BRANDON M. DIFILIPPO, | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

Having approved the Case Management Plan as amended, the Court hereby sets the final

pretrial conference on June 14, 2017 at 10:00 a.m. in Room 330, and the bench trial to begin on

July 10, 2017 at 9:00 a.m. in Courtroom 344, Birch Bayh Federal Building and United States

Courthouse, 46 East Ohio Street, Indianapolis, Indiana.  The final pretrial conference is for

attorneys only.  At the final pretrial conference, Counsel shall be prepared to discuss the status of

the action, including all matters requiring completion preparatory to trial.



Date: 3/28/2016

_____

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Albert Brooks Friedman
ALBERT BROOKS FRIEDMAN, LTD.
abfltd@aol.com

James J. Lessmeister
LESSMEISTER & ASSOCIATES
jlessmeister@lessmeisterlaw.com

Christopher M. Trapp
NEXTGEAR CAPITAL, INC.
ctrapp@nextgearcapital.com

Michael G Gibson
NEXTGEAR CAPITAL, INC.
michael.gibson@nextgearcapital.com