UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SKYLINE RV GROUP LLC, ) <br> BRANDY M. VRANEY, ) <br> KIM T. DIFILIPPO, ) <br> BRANDON M. DIFILIPPO, ) <br> ) <br> Defendants. ) | No. 1:15-cv-01797-TWP-MPB |

**MAGISTRATE JUDGE'S MINUTE
ENTRY ON TELEPHONIC STATUS
CONFERENCE**

This matter came before the Honorable Matthew P. Brookman, United States Magistrate Judge, by telephone, at 3:00 p.m. (EDT), on May 11, 2016, for a conference under Rule 16, Federal Rules of Civil Procedure. Parties were represented by counsel. No further orders are entered at this time.

**Dated:** May 11, 2016

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.