UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:15-cv-01797-TWP-MPB |
| vs. | ) | |
| | ) | |
| SKYLINE RV GROUP LLC, | ) | |
| BRANDY M. VRANEY, | ) | |
| KIM T. DIFILIPPO, | ) | |
| BRANDON M. DIFILIPPO, | ) | |
| | ) | |

Defendants.

## NOTICE OF TELEPHONIC STATUS CONFERENCE

The above case is hereby assigned for a **TELEPHONIC STATUS CONFERENCE** on

**TUESDAY, AUGUST 9, 2016,** at 4:00 p.m. Indianapolis time (EDT), before the Honorable

Matthew P. Brookman, United States Magistrate Judge.   **The information needed by counsel**

**to participate in this telephonic conference will be provided by a separate notification.**

**SO ORDERED.**

**Dated:**   August 9, 2016

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**