UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:15-cv-01797-TWP-MPB |
| | ) | |
| SKYLINE RV GROUP LLC, | ) | |
| *et al.* | ) | |
| Defendants. | ) | |

**MAGISTRATE JUDGE'S ORDER ON
TELEPHONIC STATUS CONFERENCE**

This matter came before the Honorable Matthew P. Brookman, United States Magistrate Judge, by telephone, at 3:00 p.m. (EDT), on August 9, 2016, for a conference under Rule 16, Federal Rules of Civil Procedure. Parties were represented by counsel.

Thereafter, the following **ORDERS** are entered:

1. The **SETTLEMENT CONFERENCE** currently set for August 11, 2016 at 2:00 p.m. (EDT) is hereby **VACATED**.

2. The deadline for filing dispositive motions is accelerated to **September 30, 2016**. Responses shall be filed on or before **October 30, 2016**. Replies, if any, should be filed on or before **November 15, 2016**.

3. A **TELEPHONIC STATUS CONFERENCE** is set for **THURSDAY, DECEMBER 15, 2016**, at 10:00 a.m., Indianapolis time (EST), before the Honorable Matthew P. Brookman, United States Magistrate Judge. **The information needed by counsel to participate in this telephonic conference will be provided by a separate notification.**

This order has been formulated after a conference at which the respective parties have appeared. Any party shall file any corrections or additions within fourteen (14) days after receipt

of this order.

**SO ORDERED.**

Dated: August 9, 2016, 2016

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**