UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

NEXTGEAR CAPITAL, INC.,                      )
                                             )
                                             )
Plaintiff,                                   )
                                             )          No. 1:15-cv-01797-TWP-MPB
                              vs.            )
                                             )
SKYLINE RV GROUP LLC,                        )
*et al.*                                     )

Defendants.

## NOTICE AND ORDER

On the court's own motion, due to a scheduling conflict, the **TELEPHONIC STATUS**

**CONFERENCE** set for Thursday, December 15, 2016, is hereby **RESCHEDULED** for

**FRIDAY, DECEMBER 16, 2016** at 10:00 a.m., Indianapolis time (EST), before the Honorable

Matthew P. Brookman, United States Magistrate Judge.   **The information needed by counsel to**

**participate in this telephonic conference will be provided by a separate notification.**

   **SO ORDERED.**

**Dated:**   September 9, 2016

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**