UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  Case No. 1:15-cv-01797-TWP-MPB |
| SKYLINE RV GROUP LLC, BRANDY M. VRANEY, KIM T. DIFILILPPO, and BRANDON M. DIFILIPPO, | ) ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff NextGear Capital, Inc. ("Plaintiff"), by counsel, pursuant to Federal Rule of Civil Procedure 56(c) and S.D. Ind. L.R. 56-1, respectfully moves the Court for summary judgment on the Plaintiff's Complaint (Filing No. 1-1), as there is no genuine issue of material fact and Plaintiff is entitled to judgment as a matter of law.

In support of this Motion, Plaintiff is contemporaneously submitting its Designation of Evidence in Support of Motion for Summary Judgment and exhibits attached thereto and Brief in in Support of Plaintiff's Motion for Summary Judgment.

WHEREFORE, the Plaintiff, NextGear Capital, Inc., respectfully requests that the Court enter judgment in its favor and against Defendants on all claims, and grant all other relief just and proper.

Respectfully submitted,

By: _____
Christopher M. Trapp (#27367-53)
Michael G. Gibson (#29665-49)

1

                                                              NEXTGEAR CAPITAL, INC.
                                                              1320 City Center Drive, Suite 100
                                                              Carmel, IN  46032
                                                              Telephone:     (317) 660-2507
                                                              chris.trapp@nextgearcapital.com
                                                             michael.gibson@nextgearcapital.com

                                                             *Attorneys for NextGear Capital, Inc.*

## CERTIFICATE OF SERVICE

       I hereby certify that on September 30, 2016, a copy of the foregoing was filed electronically. Service of this filing will be made to the following party/parties through the Court's Electronic Case Filing System. Party/parties may access this filing through the Court's system.

Albert Brooks Friedman
abfltd@aol.com

James J. Lessmeister
jlessmeister@lessmeisterlaw.com

                                                                                    Michael G. Gibson