IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., <br> Plaintiff, | ) <br> ) <br> ) |
| v. | ) <br> ) No.1:15-cv-01797-TWP-MPB <br> ) |
| SKYLINE RV GROUP LLC, <br> BRANDY M. VRANEY, KIM T. DIFILIPPO, <br> and BRANDON M. DIFILIPPO, <br> Defendants. | ) <br> ) <br> ) <br> ) |

### AFFIDAVIT OF KIM T. DIFILIPPO

1. My name is Kim T. Difililppo.

2. I signed the Individual Guaranty of May 14, 2013 before a Notary Public.

3. I did not sign the Amendment and guarantee of April 25, 2014 raising the amount to $225,000.00.

4. It was from my understanding that my limit was $50,000.00.

FURTHER AFFIANT SAYETH NAUGHT

_____
KIM T. DIFILIPPO

STATE OF FLORIDA, COUNTY OF _LAKE_

On this _17_ day of _October_, 2016
Before me personally appeared

_Kim T Difilippo_____
To me known to be the person who executed the foregoing instrument and acknowledged that he executed the same as his free act and deed

SEAL (signed)_____
                    Notary Public
        DEBBIE GOPAUL



DEBBIE GOPAUL
Notary Public, State of Florida
Commission# FF 42274
My comm. expires Nov. 8, 2017



EXHIBIT
A

1