UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPTITAL, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  1:15-cv-01797-TWP-MPB |
| | ) |
| SKYLINE RV GROUP LLC, | ) |
| BRANDY M. VRANEY, | ) |
| KIM T. DIFILILPPO, and | ) |
| BRANDON M. DIFILIPPO, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for NextGear Capital, Inc.

Date:  November 11, 2016

/s/ Amanda D. Stafford
Amanda D. Stafford #30869-49
NextGear Capital, Inc.
1320 City Center Drive, Suite 100
Carmel, IN  46032
(371) 688-9243/Fax (317) 571-3737
amanda.stafford@nextgearcapital.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2016, a copy of the foregoing was filed electronically. Service of this filing will be made to the following party/parties through the Court's Electronic Case Filing System. Party/parties may access this filing through the Court's system.

Albert Brooks Friedman          abfltd@aol.com
James J. Lessmeister            jlessmeister@lessmeisterlaw.com

/s/ Amanda D. Stafford
Amanda D. Stafford