UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:15-cv-01797-TWP-MPB |
| ) | |
| SKYLINE RV GROUP LLC, ) | |
| *et al.* ) | |
| Defendants. ) | |

**MAGISTRATE JUDGE'S MINUTE
ENTRY ON TELEPHONIC STATUS
CONFERENCE**

This matter came before the Honorable Matthew P. Brookman, United States Magistrate Judge, by telephone, at 10:00 a.m., Indianapolis time (EST), on December 16, 2016, for a conference under Rule 16, Federal Rules of Civil Procedure. Parties were represented by counsel.

No further orders are entered at this time.

**Dated:** December 20, 2016

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**