UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:15-cv-01797-TWP-MPB |
| ) | |
| SKYLINE RV GROUP LLC, ) | |
| BRANDY M. VRANEY, ) | |
| KIM T. DIFILILPPO, and ) | |
| BRANDON M. DIFILIPPO, ) | |
| ) | |
| Defendants. ) | |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO MAGISTRATE JUDGE**

*Notice of magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to the currently assigned magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to magistrate judge's authority.* If all parties consent to have the currently assigned United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings, they should sign their names below (electronically or otherwise). Should this case be reassigned to another magistrate judge, any attorney or party of record may object within 30 days of such reassignment. If no objection is filed, the consent will remain in effect. NOTICE: This document is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in the Case Management Plan.

| *Parties' printed names* | *Signature of parties or attorneys* | *Dates* |
|---|---|---|
| NextGear Capital, Inc. | /s/ Amanda D. Stafford | January 12, 2017 |
| Skyline Group, LLC | /s/ Albert Brooks Friedman | January 12, 2017 |
| Brandy M. Vraney | /s/ Albert Brooks Friedman | January 12, 2017 |
| Kim T. Difilippo | /s/ Albert Brooks Friedman | January 12, 2017 |
| Brandon M. Difilippo | /s/ Albert Brooks Friedman | January 12, 2017 |

**Reference Order**

       **IT IS ORDERED:** This case is referred to the currently assigned United States magistrate judge to conduct all proceedings and order the entry of a final judgment in *accordance* with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. Should this case be reassigned to a magistrate judge other than the magistrate judge assigned the date of this order, any attorney or party of record may object within 30 days of such reassignment. If no objection is filed, the consent will remain in effect.

_____                _____
Date                                            U. S. District Court
                                                    Southern District of Indiana