UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 1:15-cv-01797-MPB-TWP ) |
| SKYLINE RV GROUP LLC, BRANDY M. VRANEY, KIM T. DIFILIPPO, BRANDON M. DIFILIPPO, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER OF REFERENCE

The parties have indicated their consent to the exercise of jurisdiction by a United States Magistrate Judge at Docket No. 54. It is, therefore, ORDERED that this case be referred to the currently assigned United States Magistrate Judge, The Honorable Matthew P. Brookman, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. Should this case be reassigned to a magistrate judge other than the magistrate judge assigned the date of this order, any attorney or party of record may object within 30 days of such reassignment. If no objection is filed, the consent will remain in effect. The cause number of this action shall be amended as shown above to reflect the referral of this action to the Magistrate Judge.

Dated: 1/17/2017

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Albert Brooks Friedman
ALBERT BROOKS FRIEDMAN, LTD.
abfltd@aol.com

James J. Lessmeister
LESSMEISTER & ASSOCIATES
jlessmeister@lessmeisterlaw.com

Amanda D. Stafford
NEXTGEAR CAPITAL INC.
amanda.stafford@nextgearcapital.com

Christopher M. Trapp
NEXTGEAR CAPITAL, INC.
ctrapp@nextgearcapital.com

Michael G Gibson
NEXTGEAR CAPITAL, INC.
michael.gibson@nextgearcapital.com