UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:15-cv-01797-MPB-TWP |
| ) | |
| SKYLINE RV GROUP LLC, ) | |
| BRANDY M. VRANEY, ) | |
| KIM T. DIFILIPPO, ) | |
| BRANDON M. DIFILIPPO, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

For the reasons detailed in the Court's Order issued on February 6, 2017 [Dkt. 56], the Court now enters **FINAL JUDGMENT** in this action. It is ordered that Plaintiff NextGear Capital, Inc. recover from Defendants Skyline RV Group LLC, Brandy M. Vraney, Kim T. Difilippo, and Brandon M. Difilippo the amount of $203,459.71, jointly and severally.

**SO ORDERED.**

Date: 2/6/2017

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Laura Briggs, Clerk

BY: _Tricia M. Blanford_
Deputy Clerk, U.S. District Court

Served electronically on all ECF-registered counsel of record.